[ATTACHMENT]

EXHIBIT A

(Computation Calculation for Case No. SA-4-CR-425(9))

```
  CLPCW  540*23 *            SENTENCE MONITORING           *      09-26-2013
PAGE 001          *            COMPUTATION DATA            *      13:42:26
                              AS OF 09-26-2013


REGNO..: 49067-180 NAME: SAENZ, RICARDO


FBI NO...........: 455363WA0          DATE OF BIRTH: 03-15-1976
ARS1.............: CLP/A-DES
UNIT.............: J-2 RDAP            QUARTERS.....: J02-115L
DETAINERS........: NO                 NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 11-30-2020

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  05-31-2021 VIA GCT REL


---------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER...................: SA-04-CR-425(9)-OG
JUDGE...........................: GARCIA
DATE SENTENCED/PROBATION IMPOSED: 07-08-2005
DATE COMMITTED..................: 02-08-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO


                 FELONY ASSESS  MISDMNR ASSESS  FINES        COSTS
NON-COMMITTED.:  $100.00        $00.00          $00.00       $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

-----------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  391
OFF/CHG: 21:846 CONTRARY TO 21:841(A)(1) & 21:841(B)(1)(A) CONSPIRACY
         TO DISTRIBUTE & POSSESS WITH INTENT TO DISTRIBUTE HEROIN &
         COCAINE

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   180 MONTHS
 TERM OF SUPERVISION............:     5 YEARS
 NEW SENTENCE IMPOSED...........:    14 YEARS
 BASIS FOR CHANGE...............: COURT ORDER MODIFYING SENTENCE
 DATE OF OFFENSE................: 08-01-2004




G0002       MORE PAGES TO FOLLOW . . .
```

```
CLPCW  540*23 *          SENTENCE MONITORING           *     09-26-2013
PAGE 003 OF 003 *          COMPUTATION DATA            *     13:42:26
                            AS OF 09-26-2013
```

REGNO..: 49067-180 NAME: SAENZ, RICARDO


------------------------CURRENT COMPUTATION NO: 010 --------------------------

COMPUTATION 010 WAS LAST UPDATED ON 07-06-2012 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 02-25-2013 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010, 020 010

```
DATE COMPUTATION BEGAN..........: 07-08-2005
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    19 YEARS      1 MONTHS     11 DAYS
TOTAL TERM IN EFFECT CONVERTED..:    19 YEARS      1 MONTHS     11 DAYS
AGGREGATED TERM OF SUPERVISION..:     5 YEARS
EARLIEST DATE OF OFFENSE........: 08-01-2004

JAIL CREDIT.....................:   FROM DATE      THRU DATE
                                    08-19-2004     07-07-2005

TOTAL PRIOR CREDIT TIME.........: 323
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 852
TOTAL GCT EARNED................: 432
STATUTORY RELEASE DATE PROJECTED: 05-31-2021
EXPIRATION FULL TERM DATE.......: 09-30-2023


PROJECTED SATISFACTION DATE.....: 05-31-2021
PROJECTED SATISFACTION METHOD...: GCT REL
```

REMARKS........: SENTENCE REDUCTION 8-18-2010 FROM 180 MON TO 14 YRS. SENT C/C
                 OVERLAPPING, TIE 19Y 1M 11D EFT 9-20-2023. J/JXM.
                 2/14/12 DIS GCT J/DAS. 7/6/12 DIS GCT J/JBJ.


G0000         TRANSACTION SUCCESSFULLY COMPLETED

[ATTACHMENT]

EXHIBIT B

(Computation Calculation for Case No. SA-5-CR-406)

```
   CLPCW  540*23 *            SENTENCE MONITORING            *      09-26-2013
PAGE 002          *             COMPUTATION DATA             *      13:42:26
                                AS OF 09-26-2013
```

REGNO..: 49067-180 NAME: SAENZ, RICARDO

```
----------------------CURRENT JUDGMENT/WARRANT NO: 020 ------------------------

COURT OF JURISDICTION...........: TEXAS, WESTERN DISTRICT
DOCKET NUMBER...................: SA-05-CR-406(1)OLG
JUDGE...........................: GARCIA
DATE SENTENCED/PROBATION IMPOSED: 08-19-2010
DATE COMMITTED..................: 02-08-2011
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                   FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:    $100.00        $00.00          $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO        AMOUNT:  $00.00

-------------------------CURRENT OBLIGATION NO: 010 ---------------------------
OFFENSE CODE....:  130
OFF/CHG: 18:924(O) CONSPIRACY TO USE A FIREARM IN A DRUG TRAFFICKING
         CRIME

 SENTENCE PROCEDURE..............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:   168 MONTHS
 TERM OF SUPERVISION.............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/C TO 010
 DATE OF OFFENSE.................: 08-18-2004
```

```
G0002        MORE PAGES TO FOLLOW . . .
```

[ATTACHMENT]

EXHIBIT C

(Court's Order Denying Credit For Time Served)

(April 3, 2013,  Doc. 1248)

Case 5:04-cr-00425  Document 1248    **SEALED**    Filed 04/03/2013□Page 1 of 2

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT of TEXAS**
**SAN ANTONIO DIVISION**

**FILED**

APR 0 3 2013

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES of AMERICA, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| v. | § | **Criminal Case** |
| | § | Nos. SA-4-CR-425(9)-OG |
| RICARDO SAENZ, BoP # 49067-180, | § | & SA-5-CR-406-OG |
| | § | |
| Defendant | § | |

## O R D E R

Before the Court is Defendant Ricardo Saenz' Request for Adjustment to Credit for Time

Served in these cases.  (Case No. 4-CR-425 Docket Entry # 1247, Case No. 5-CR-406 Entry # 63.)

In 2005, in Case No. SA-4-CR-425(9)-OG, Defendant Saenz was convicted in this Court for

conspiracy to engage in drug-trafficking and was sentenced to 180 months.  In August 2010, in Case

No. SA-5-CR-406-OG, Saenz was convicted of conspiracy to use a firearm during a drug-trafficking

offense; this Court granted the Government's Motion for a Downward Departure pursuant to

Sentencing Guideline § 5K1.1, and sentenced Saenz to 168 months to be concurrent with his

sentence in Case No. SA-5-CR-406-OG.  In August 2010, this Court also granted the Government's

Motion for Reduction of Sentence pursuant to Fed. R. Crim. P. 35 in Case No. SA-4-CR-425(9)-OG,

and Saenz' sentence was reduced to fourteen years concurrent with his sentence in Case No. SA-5-

CR-406-OG.

Saenz' Motion for Adjustment to Credit for Time Served contends the Bureau of Prisons (BoP)

miscalculated his sentence and failed to credit him for this Court's Rule 35 sentence reduction.  The

response of the BoP Regional Director dated September 24, 2012 (*see* Case No. 4-CR-425 Entry #

1247 at 6, Case No. 5-CR-406 Entry # 63 at 7) to Saenz' Administrative Appeal, shows Saenz was

properly credited for this Court's Rule 35 sentence reduction, his sentence was properly calculated, and therefore there is no basis for his current motion.  Saenz failed to identify an error warranting correction of sentence pursuant to Fed. R. Crim. P. 36, and failed to present grounds for correction or modification of his sentence pursuant to Fed. R. Crim. P. 35 or 18 U.S.C. § 3582(c).  Saenz also failed to present grounds for habeas relief pursuant to 28 U.S.C. § 2241.

Accordingly, Defendant's Motion for Adjustment to Credit for Time Served (Case No. 4-CR-425 Docket Entry # 1247, Case No. 5-CR-406 Entry # 63) is **DENIED.  The Clerk of Court shall file this Order under seal.**

DATED: April        3        , 2013

ORLANDO L. GARCIA
United States District Court

[ATTACHMENT]

EXHIBIT D

(Judgment & Conviction, Case No. SA-5-CR-406)

(Doc. 61)

Case 5:05-cr-( )06-OLG    Document 61    Filed 08/2  )10    Page 1 of 6

AO 245 B (Rev. 06/05)(W.D.TX.) - Judgment in a Criminal Case

# UNITED STATES DISTRICT COURT
## Western District of Texas
### SAN ANTONIO DIVISION

FILED

AUG 2 4 2010

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____DEPUTY CLERK

UNITED STATES OF AMERICA

v.

RICARDO SAENZ,
aka Cookie Monster,
Ricardo Saenz, Jr. , "Cookie",
"Cookie Munster", Cooke Martinez

Defendant.

Case Number    SA-05-CR-406(1) OLG
USM Number    49067-180

## JUDGMENT IN A CRIMINAL CASE
### (For Offenses Committed On or After November 1, 1987)

The defendant, RICARDO SAENZ , was represented by John Finbar Carroll.

The defendant pled guilty to Count(s) ONE of the Information on July 08, 2005.  Accordingly, the defendant is adjudged guilty of such Count(s), involving the following offense(s):

| Title & Section | Nature of Offense | Offense Ended | Count (s) |
|---|---|---|---|
| 18 USC 924(o) | Conspiracy to Use a Firearm in a Drug Trafficking Crime | August 18, 2004 | 1 |

As pronounced on August 19, 2010, the defendant is sentenced as provided in pages 2 through 6 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is further ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this Judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the Court and United States Attorney of any material change in the defendant's economic circumstances.

Signed this the ___24th___ day of August, 2010.

_____
ORLANDO L. GARCIA
United States District Judge

AO 245 B (Rev. 06/05)(W.D.TX.) - Imprisonment

Judgment--Page 2

Defendant:  RICARDO SAENZ aka Cookie Monster, Ricardo Saenz, Jr. , "Cookie", "Cookie Munster", Cooke Martinez
Case Number:  SA-05-CR-406(1) OLG

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **168 months** with credit for time served while in custody for this federal offense pursuant to 18 U.S.C. § 3585(b).

The sentence shall run concurrent with the sentence in SA-04-CR-425(9) OLG.

The Court makes the following recommendations to the Bureau of Prisons:

That If eligible, the defendant participate in the 500 - Hour Intensive Drug Abuse Education Program.

That the defendant serve his sentence in the federal facility in Three Rivers.

If the Bureau of Prisons does not comply with this recommendation, it shall promptly notify the Court in writing of its reasons therefor.

The defendant shall remain in custody pending service of sentence.

### RETURN

I have executed this Judgment as follows:

_____
_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this Judgment.

_____
United States Marshal

By _____
Deputy Marshal

[ATTACHMENT]

EXHIBIT E

(USM-129 Individual Custody/Detention Report)

United States Marshals Service - LIMITED OFFICIAL USE
**USM-129 Individual Custody/Detention Report**



Prepared on: 03/19/2012

Name: SAENZ,RICARDO | USMS Number: 49067-180

## . IDENTIFICATION DATA

USMS NUMBER: 49067-180

ADDRESS: 9026 GERALD DEAN SAN ANTONIO, TX 78221

DOB: 03/15/1976    AGE: 36

NAME: SAENZ,RICARDO

PHONE:

POB: TX



| SEX: M | RACE: W | HAIR: BLK | EYE: BRO | HEIGHT: 5'06" | WEIGHT: 200 |

SSN: 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    FBI NBR: 455363WA0    ALIEN NBR:

| OTHER NUMBER: | OTHER NUMBER TYPE: |
|---|---|
| BEXAR 241520 | Originating Police or Identification Number |
| SAPD  316380 | Originating Police or Identification Number |
| DPS  5201760 | Originating Police or Identification Number |
| SA04CR425OG | Originating Police or Identification Number |
| 5201760 | Originating Police or Identification Number |
| 316380 | Originating Police or Identification Number |
| 241520 | Originating Police or Identification Number |

| ** SPECIAL CAUTIONS AND MEDICAL | REMARKS | SEPARATEE |
|---|---|---|
| Medical Concerns | CLAIMS PAST MENTAL TREATMENT | |
| Gang Affiliation | MEXICAN MAFIA MEMBER | |
| Separatee Warnings | ██████████ | |
| Separatee Warnings | ██████████ | |
| Separatee Warnings | ██████████ | |
| Security Concerns | DO NOT RELEASE SUBJECTS LOCATION******* | |
| Separatee Warnings | KEEP AWAY FROM ALL MEXICAN MAFIA MEMBERS | |
| Security Concerns | HOUSED IN SINGLE CELL @ 6QL | |
| Miscellaneous | PER ██████ RLS SUBJ FROM HOLD IN EDES AND RESUBMIT FOR DESIGNATION. | |
| Security Concerns | PER ██████ (BOP), FOR DSC PROCEDURES, PUT CASE ON HOLD IN EDES UNTIL FURTHER NOTICE. | |

**Limited Official Use**
This Information is the Property of the U.S. Marshals Service and Shall Not be Publicly Released or Disseminated Without U.S. Marshals Service Authority.
Page 1 of 4

United States Marshals Service - LIMITED OFFICIAL USE
## USM-129 Individual Custody/Detention Report

Prepared on: 03/19/2012



| Name: SAENZ,RICARDO | USMS Number: 49067-180 | |
|---|---|---|

| TB CLEARANCE STATUS | ASSESSMENT DATE | EXPIRED |
|---|---|---|
| CLEARED | 09/23/2010 | 09/23/2011 |

| DETAINER DATE | ACTIVE? | AGENCY | REMARK |
|---|---|---|---|
| **/**/**** | N | | |

| PRISONER ALIAS | ALIAS REMARK |
|---|---|
| MONSTER,COOKIE | |
| SAENZ,RICHARD | |
| SAENZ,RICARDO | |
| SAENZ,COOKIE MONSTER | |
| SAENZ,RICARDO JR | |

**GENERAL REMARKS**

NW ARR BY DEA AGENT ████████████████
ALSO USES 3/15/74 AS DATE OF BIRTH

## II. CUSTODY INFORMATION

| CTR: 1 | CUSTODY START DATE: 08/19/2004 | | | END DATE: 01/21/2011 |
|---|---|---|---|---|
| CUSTODY STATUS | DISTRICT | START DATE: | END DATE | REMARK |
| WT-CASE-RESOLVE | 80 | 08/19/2004 | 09/16/2010 | Fixed by Convert |
| WT-DESIG | 80 | 09/16/2010 | 01/05/2011 | EDES |
| WT-DESIG | 80 | 01/05/2011 | 01/13/2011 | RE-REQUESTED DESIGNATION PER BOP (████████) |
| WT-MOVE | 80 | 01/13/2011 | 01/21/2011 | USP COLEMAN |
| RL-BOP | 80 | 01/21/2011 | 01/21/2011 | A/L |

| CTR | COURT CASE # | DISTRICT OFFICE | JUDGE | US ATTORNEY | DEFENSE ATTORNEY |
|---|---|---|---|---|---|
| 1A | 05-CR-406 | TX/W SAN ANTONIO (Main) | GARCIA,ORLANDO L | CONTRERAS,JOEY | CARROLL,JOHN |
| 1B | SA-04-CR-425-OG(9) | TX/W SAN ANTONIO (Main) | GARCIA,ORLANDO L | CONTRERAS,JOEY | CARROLL,JOHN |
| 1C | SA-05-CR-406 | TX/W SAN ANTONIO (Main) | GARCIA,ORLANDO L | CONTRERAS,JOEY | CARROLL,JOHN |

| CTR | ARREST DATE | ARRESTING AGENCY | ARREST LOCATION | WARRANT NUMBER |
|---|---|---|---|---|

**Limited Official Use**
This Information is the Property of the U.S. Marshals Service and Shall Not be Publicly Released or Disseminated Without U.S. Marshals Service Authority.
Page 2 of 4

United States Marshals Service - LIMITED OFFICIAL USE
**USM-129 Individual Custody/Detention Report**

Prepared on: 03/19/2012



| Name: SAENZ,RICARDO | USMS Number: 49067-180 | |
|---|---|---|
| 1B   08/19/2004 | IMMIGRATION | SAN ANTONIO TEXAS |
| 1C   07/08/2005 | UNITED STATES MARSHALS SERVICE | SAN ANTONIO, TX |

| CTR | CODE | OFFENSE | REMARK | DISPOSITION |
|---|---|---|---|---|
| 1B | 6300 | Money Laundering - Explain Offense | AIDING AND ABETTING | |
| 1B | 6300 | Money Laundering - Explain Offense | CONSPIRACY TO LAUNDER | |
| 1B | 5212 | Possession Of Weapon | CONSPIRACY TO POSS FIREARM IN DRUG TRAFFICKING | |
| 1B | 5212 | Possession Of Weapon | POSS OF FIREARM IN DRUG TRAFFICKING CRIME | |
| 1B | 3510 | Heroin - Sell | CONSPIRACY PWID HEROIN | Guilty |
| 1B | 3530 | Cocaine - Sell | PWID COCAINE | Guilty |
| 1B | 3510 | Heroin - Sell | PWID HEROIN | |
| 1B | 3530 | Cocaine - Sell | CONSPIRACY PWID COCAINE | |
| 1C | 5299 | Weapon Offense | CONSP TO USE FIREARM IN DRUG TRAFFICKING | Convicted |

| CTR | SENTENCE DATE | SENTENCE | APPEAL DATE | DURATION |
|---|---|---|---|---|
| 1B | 07/08/2005 | Prison - Other | **/**/**** | 168 Month(s) |
| 1C | 08/19/2010 | Prison - Other | **/**/**** | 168 Month(s) 3 Year(s) Supervision Concurrent |

**III. COURT CASE STATUS HISTORY**

**Limited Official Use**
This Information is the Property of the U.S. Marshals Service and Shall Not be Publicly Released or Disseminated Without U.S. Marshals Service Authority.

United States Marshals Service - LIMITED OFFICIAL USE

Prepared on: 03/19/2012

**USM-129** *Individual Custody/Detention Report*



| Name: SAENZ,RICARDO | | USMS Number: 49067-180 | | |
|---|---|---|---|---|

| CTR | CC STATUS | START DATE | END DATE | REMARK |
|---|---|---|---|---|
| 1A | ASR-T | 08/02/2007 | 01/13/2011 | PER J CONTRERAS |
| 1A | RL-TESTIFY | 01/13/2011 | 01/13/2011 | |
| 1B | ARREST | 08/19/2004 | 08/19/2004 | |
| 1B | WT-TRIAL | 08/19/2004 | 12/20/2004 | NW ARR OCDEF |
| 1B | WT-SENT | 12/20/2004 | 07/18/2005 | PLEAD GUILTY |
| 1B | RC-J/C | 07/18/2005 | 07/18/2005 | |
| 1B | CASE-RESOLVED | 07/18/2005 | 07/18/2005 | |
| 1C | ARREST | 07/08/2005 | 07/08/2005 | |
| 1C | WT-TRIAL | 07/08/2005 | 07/08/2005 | NEW CHARGES ADDED |
| 1C | WT-SENT | 07/08/2005 | 08/19/2010 | PG |
| 1C | WT-J/C | 08/19/2010 | 08/24/2010 | 168 MTS |
| 1C | CASE-RESOLVED | 08/24/2010 | 08/24/2010 | |

## IV. CHRONOLOGICAL PRISONER HISTORY

| CTR: 1 | CUSTODY START DATE: 08/19/2004 | | END DATE: 01/21/2011 | | |
|---|---|---|---|---|---|
| INST | INSTITUTION NAME | ADMIT | RELEASE | BOARDED | ACTION OR DISPOSITION |
| 0FJ | Bexar Co - Central Tx Det Fac | 08/19/2004 | 04/01/2005 | 225 | NW ARR OCDEF |
| 6QL | Guadalupe Co Jail | 04/01/2005 | 11/08/2005 | 221 | |
| 6CU | Bexar Co - Adult Det Ctr | 11/08/2005 | 09/23/2010 | 1780 | |
| 6QL | Guadalupe Co Jail | 09/23/2010 | 01/21/2011 | 120 | |
| | | | TOTAL DAYS BOARDED | 2346 (0 BND, 0 MED) | |

## V. MEDICAL CONDITION/TREATMENT HISTORY

| DATE SERVICE PROVIDED | VENDOR | SERVICE PROVIDED |
|---|---|---|
| 05/05/2005 | CARVAJAL PHARMACY | &5/27, RX279529/531/84399 |
| 07/23/2005 | CARVAJAL PHARMACY | DOXEPIN |
| 11/19/2010 | HERITAGE HEALTH | TRAZODONE TAB, SERTRALINE TAB, NIFEDIPINE TAB, NAPROXEN TAB, VENTOLIN HFA AER |
| 01/10/2011 | HERITAGE HEALTH | NIFEDIPINE TAB |

**Limited Official Use**

This Information is the Property of the U.S. Marshals Service and Shall Not be Publicly Released or Disseminated Without U.S. Marshals Service Authority.

[ATTACHMENT]

EXHIBIT F

(Bureau of Prisons Grievance Response)

**Administrative Remedy No. 693342-A4**
**Part B - Response**


This is in response to your Central Office Administrative Remedy Appeal wherein you contend your sentence computation should have an aggregated term of 14 years, not 19 years, 1-month, and 11 days as computed. In addition, it is your belief that your sentences were imposed on the same date.

You provide no new information in this matter beyond that which you supplied at the Institution and Regional Office levels. A review of your record reveals you were sentenced on July 8, 2005, to a 180-month term of imprisonment for Conspiracy to Distribute and Possession with Intent to Distribute Heroin and Cocaine. This sentence was later modified by the court to 14 years.

On August 14, 2010, you were sentenced to a 168-month term of confinement for Conspiracy to Use a Firearm in a Drug Trafficking Crime. When imposing the 168-month sentence, the Court ordered it be served concurrently with the previously imposed term.

According to Title 18 U.S.C. § 3584(c), as referenced in Bureau of Prisons Program Statement 5880.28, Sentence Computation Manual (CCCA of 1984), "Multiple terms of imprisonment ordered to run consecutively or concurrently shall be treated for administrative purposes as a single, aggregate term of imprisonment." Furthermore, pursuant to Bureau of Prisons Program Statement 5880.28, Sentence Computation Manual (CCCA of 1984), and the provisions of Title 18 U.S.C. § 3585(a), "A sentence to a term of imprisonment commences on the date the defendant is received in custody awaiting transportation to... the official detention facility at which the sentence is to be served."

As a result, each of your federal sentences commenced on the respective dates of imposition, and the 168-month concurrent term overlaps the pre-existing 14-year term by 5 years, 1-month and 11 days. When the 5-year, 1-month and 11-day concurrent overlap is added to the pre-existing 14-year term, as required by Title 18 U.S.C. § 3584(c), the result is a 19-year, 1-month and 11-day overall aggregate term. Accordingly, your sentence computation reflects a 19-year, 1-month, and 11-day aggregate term beginning on July 8, 2005.

We find your sentence has been computed as directed by federal

**Administrative Remedy No. 693342-A4**
**Part B - Response**
**Page 2**

statute and Program Statement 5880.28.   Considering the foregoing, your appeal is denied.

April 26, 2013
Date

Harrell Watts, Administrator
National Inmate Appeals