Clerk of the Court
U.S. District Court
Western District of Texas
655 E. Durango Boulevard, ROOM G-65
San Antonio, TX 78206


RE: UNITED STATES OF AMERICA v. RICARDO SAENZ
    USDC No. **SA-4-CR-425(9)-OG**
             **SA-5-CR-406-OG**

    **Filing:** MOTION FOR MODIFICATION OF A PREVIOUSLY IMPOSED TERM OF IMPRISONMENT


Dear Clerk:                                December 4, 2013


    Please find enclosed for filing, MOTION FOR MODIFICATION OF A PREVIOUSLY IMPOSED TERM OF IMPRISONMENT TO ADJUST CREDIT FOR TIME SERVED IN RELATED CASES, PURSUANT TO U.S.S.G. §5G1.3(b) AND 18 U.S.C. §3585(b), in relation to the above referenced matters.


    Please send me a copy of the docket report as a confirmation of this filing. I make this request also out of a great concern that I may have been missed in a filing by either the Court or the Government. Please accommodate me pursuant to 28 U.S.C. §2250.


    Thank you in advance for your time and assistance.


Respectfully,

Ricardo Saenz,  **pro se**
Reg. No. 49067-180
FCC-USP-Coleman II
P.O. Box 1034
Coleman, FL 33521-1034


cc: /Rs
      enclosures
      AUSA Contreras, J.





3790 9284



CR-5

RECEIVED

DEC 0 6 2013

LERK, U.S. DISTRICT COURT
ESTERN DISTRICT OF TEXAS

Y _____ DEPUTY CLERK

Clerk Of The Court
U.S. District Court
Western District Of Texas
655 E. Durango Boulevard, ROOM G-65
San Antonio, TX 78206

SCREENED BY CSO
DEC    6 2013