**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

FILED

MAY 0 2 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) CRIM. NO. SA-04-CR-0425(09)-OLG |
| | ) |
| RICARDO SAENZ, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

By Standing Appointment Order dated October 29, 2014, the Court appointed the Office of the Federal Public Defender to represent defendants whose cases are affected or potentially affected by Amendment 782 to the United States Sentencing Guidelines. *See* U.S.S.G. App. C., amend. No. 782; U.S.S.G. §1B1.10, p.s. (eff. Nov. 1, 2014). In accordance with the Court's Order, the Defendant's case was reviewed by a committee consisting of attorneys from the Office of the Federal Public Defender, the Office of the United States Attorney, and a Supervisory United States Probation Officer.

After reviewing the matter, and in accordance with the findings of the committee, the Court is of the opinion that the Defendant is ineligible for a reduction of sentence provided by Amendment 782 of the United States Sentencing Guidelines for the following reason/s:

☐    The Court imposed the sentence pursuant to the United States Sentencing Commission Guidelines Manual (November, 2014) which incorporated Amendment 782;

☐    The Defendant was sentenced pursuant to the Career Offender Guideline, USSG §4B1.1, which was not affected by Amendment 782 of the United States Sentencing Guidelines;

☐    The Defendant was sentenced to a statutorily mandated minimum sentence and there is no legal basis for departure below the sentence in this case;

☒    The Defendant was sentenced based on a binding plea agreement entered into by the parties pursuant to Rule 11(c)(1)(C) of the Federal Rules of Criminal Procedure;

☒    Other: The sentence was not based on the Drug Quantity Table, U.S.S.G. §2D.1.1(c).

SO ORDERED this ___2___ day of ___May___, 2016.

_____
ORLANDO L. GARCIA
CHIEF UNITED STATES DISTRICT JUDGE