PROB 12B
(7/93)



FILED
DEC 0 5 2016
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
          DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for

WESTERN DISTRICT OF TEXAS

### Request for Modifying the Conditions or Term of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender:    Ricardo Saenz                        Case Number:    SA-04-CR-425(9)-OG

Name of Sentencing Judicial Officer:    Honorable Orlando L. Garcia, Chief United States District Judge

Date of Original Sentence:    July 8, 2005

Original Offense:    Conspiracy to Distribute & Possess With Intent to Distribute Heroin & Cocaine, in violation of 21 U.S.C. 846 contrary to 21 U.S.C. 841 (a)(1) & 21 U.S.C. 841 (b)(1)(A)

Original Sentence:    One-hundred and eighty (180) months imprisonment, to be followed by a five (5) year term of supervised release, and $100 Special Assessment

Type of Supervision:    Supervised Release          Date Supervision Commenced:    December 15, 2016

## PREVIOUS COURT ACTION

None.

## PETITIONING THE COURT

☐ To extend the term of supervision __ years, for a total of __ years.

☒ To modify the conditions of supervision as follows:

**The defendant shall reside in a Community Corrections Center, or halfway house facility, for a period of up to 6 months, or until suitable residence is obtained and approved. Further, the defendant shall pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.**

Ricardo Saenz
SA-04-CR-425(9)-OLG
December 1, 2016
Page 2

## CAUSE

On December 15, 2016, the offender is scheduled to be released from the Bureau of Prisons without an approved residence. The offender has a history of substance abuse, mental health, and gang associations. A secure and safe residential placement is required for successful transition into the community; however, Mr. Saenz has failed to submit a suitable release plan. For this reason, it is recommended he remain at a halfway house for up to six months or until a proposed address is approved by the United States Probation Office. Additionally, the offender voluntarily agreed to the modification and signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Supervised Release or Extend Term of Supervision.

Approved:

Arthur R. Galvan
Supervising U.S. Probation Officer
Telephone: (210) 472-6590, Ext 5315

Respectfully submitted,

Criselda Fuentes
Senior U.S. Probation Officer
Telephone: (210) 472-6590, Ext. 5310
Date: December 1, 2016

cc:    Joey Contreras
       Assistant U.S. Attorney

       Marc S. Martinez
       Assistant Deputy Chief U.S. Probation Officer

---

THE COURT ORDERS:

☐ None.

☐ The extension of supervision as noted above.

☑ The modification of conditions as noted above.

☐ Other _____

Honorable Orlando L. Garcia
Chief U.S. District Judge

12.5.16

Date

PROB 49
(3/89)

## United States District Court
## Western District of Texas

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision.

The defendant shall reside in a Community Corrections Center, or halfway house facility, for a period of up to 6 months, or until suitable residence is obtained and approved. Further, the defendant shall pay 25% of his weekly gross income for his subsistence as long as that amount does not exceed the daily contract rate.

Witness: _for Gregory M. Brown_
Criselda A. Fuentes
Senior U.S. Probation Officer

Signed: _Ricardo Saenz_
Ricardo Saenz
Probationer or Supervised Releasee

_12-2-16_
Date,